RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Defendants Vnue, Inc.
and Matthew Carona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVA SAFRIS and ALEX YURYEV,<br><br>            Plaintiffs,<br><br>     v.<br><br>VNUE, INC. and MATTHEW CARONA,<br><br>            Defendants. | Case No. 3:17-CV-1384<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) - DIVERSITY** |

1  **TO THE CLERK OF THER ABOVE-ENTITLED COURT:**

2  **PLEASE TAKE NOTICE** that defendants Vnue, Inc. and Matthew Carona hereby

3  remove to this Court the state court action described below.

4      1.    On January 31, 2017, an action was commenced in the Superior Court of the

5  State of California in and for the City and County of San Francisco entitled Seva Safris, an

6  individual, Alex Yuryev, an individual, Plaintiffs vs. Vnue, Inc., a Nevada corporation, Matthew

7  Carona, an individual, and DOES 1 to 50, Defendants, as Case Number CGC-17-556777.  A

8  true and correct copy of the complaint is attached hereto as Exhibit A.

9      2.    Defendant Vnue, Inc. still has not been served with the complaint or the

10 summons, but obtained copies of each through other means.  A true and correct copy of the

11 summons is attached hereto as Exhibit B.

12     3.    On February 28, 2017, Plaintiffs filed an amended complaint in this action.

13 Neither defendant has been served with this pleading, but Defendant Vnue, Inc. obtained a copy

14 of it through other means.  A true and correct copy of the amended complaint is attached hereto

15 as Exhibit C.

16     4.    This lawsuit is a civil action of which this Court has original jurisdiction under

17 28 U.S.C. 1332, and is one which may be removed to this Court by defendants pursuant to the

18 provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states

19 and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs

20 because plaintiffs have alleged in paragraph 50 of the Complaint that they have suffered

21 damages in excess of $600,000.

22 //

23 //

24 //

- 1 -

NOTICE OF REMOVAL
CASE NO. 3:17-CV-1384

5. Complete diversity of citizenship exists in this action.  Plaintiff Seva Safris alleges that he is a citizen of the state of California.  Plaintiff Alex Yuryev alleges that he is a citizen of the state of Minnesota.  Defendant Vnue, Inc. is a corporation incorporated under the laws of the state of Nevada with its principal place of business in the state of New York.  Defendant Matthew Carona is a citizen of the state of Massachusetts.

Dated:  March 14, 2017

GAW | POE LLP

By: _____
Randolph Gaw
Attorneys for Defendants Vnue, Inc.
and Matthew Carona